IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON KIRK GRAY,

    Petitioner,        No. CIV S-07-2232 MCE DAD P

    vs.

T. FELKER, Warden,

    Respondent.       <u>ORDER</u>

_____/

    Petitioner has requested an extension of time to file his opposition to respondent's motion to dismiss which was filed on December 5, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's December 26, 2007 request for an extension of time is granted; and

    2. Petitioner is granted forty-five days from the date of this order in which to file his opposition to respondent's motion to dismiss.

DATED: January 8, 2008.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
gray2232.111